COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.40⁶
02 1W
0001401603 MAY. 21. 2015

RE: WR-81,751-02

JUAN DAMAS RODRIGUEZ
- TDC # 1704415







UTF